# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REESTABLISHMENT OF THE : NO. 504
MAGISTERIAL DISTRICTS WITHIN THE :
56th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of July 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 56th Judicial District (Carbon County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Carbon County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 56-3-01<br>Magisterial District Judge Eric M. Schrantz | Jim Thorpe Borough<br>Lehighton Borough<br>Mahoning Township (Voting District Packerton/Jamestown)<br>Penn Forest Township<br>Weissport Borough |
| Magisterial District 56-3-02<br>Magisterial District Judge William J. Kissner | Bowmanstown Borough<br>Franklin Township<br>Lower Towamensing Township<br>Palmerton Borough<br>Parryville Borough<br>Towamensing Township |
| Magisterial District 56-3-03<br>Magisterial District Judge Casimir T. Kosciolek | East Penn Township<br>Lansford Borough<br>Mahoning Township (Voting Districts Mahoning & New Mahoning)<br>Nesquehoning Borough<br>Summit Hill Borough |

Magisterial District 56-3-04  
Magisterial District Judge Joseph D. Homanko, Sr.

Banks Township  
Beaver Meadows Borough  
East Side Borough  
Kidder Township  
Lausanne Township  
Lehigh Township  
Packer Township  
Weatherly Borough